PLAINTIFF/PETITIONER/MOVANT'S NAME: Loren Crouse

PRISON NUMBER: F06742

PLACE OF CONFINEMENT: California Men's Colony

ADDRESS: P.O. Box 8101 San Luis Obispo CA 93409

FILED
2008 FEB 22 PM 3:06
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____RM____ DEPUTY

# United States District Court
## Southern District Of California

Loren James Crouse,
Plaintiff/Petitioner/Movant

v.

John Marshall,
Defendant/Respondent

Civil No. 08CV0166 IEG (LSP)
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED **IN FORMA PAUPERIS**

I, Loren Crouse, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes  ☐ No   (If "No" go to question 2)
   If "Yes," state the place of your incarceration California Men's Colony
   Are you employed at the institution?            ☐ Yes  ☒ No
   Do you receive any payment from the institution? ☐ Yes  ☒ No

   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _____
   _____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _0_____
   _____
   _____
   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☒ No
   c. Pensions, annuities or life insurance            ☐ Yes ☒ No
   d. Disability or workers compensation               ☐ Yes ☒ No
   e. Social Security, disability or other welfare     ☐ Yes ☒ No
   e. Gifts or inheritances                            ☐ Yes ☒ No
   f. Spousal or child support                         ☐ Yes ☒ No
   g. Any other sources                                ☒ Yes ☐ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. _Once From Family_
   _____
   _____

4. Do you have any checking account(s)? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance in account(s): _____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance in account(s): _____

6. Do you own an automobile or other motor vehicle? ☒ Yes ☐ No
   a. Make: _Pontiac_ Year: _94'_ Model: _GRAND AM_
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed? _____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
☐ Yes  ☒ No
If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. _____

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): _____

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): _____

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses. STATE

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

2/14/08
DATE

_____
SIGNATURE OF APPLICANT

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement</u>.

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant __Loren James Crouse__,
(NAME OF INMATE)

__F-06742__,
(INMATE'S CDC NUMBER)

has the sum of $ __0__ on account to his/her credit at __California Men's Colony State Prison__.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __0__

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ __7.50__,

and the *average monthly deposits* to the applicant's account was $ __$45.00 1 deposit at Christmas__.

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

__02-19-2008__
DATE

__Karen L. Mock__
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__Karen L. Mock__
OFFICER'S FULL NAME (PRINTED)

__Account Technician__
OFFICER'S TITLE/RANK

CIV-67 (Rev. 2/05)   -4-   K:\COMMON\FORMS\CIV-67

### TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, _____, request and authorize the agency holding me in
      (Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $250 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

_____        _____
DATE                                                                  SIGNATURE OF PRISONER

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOREN JAMES CROUSE,<br><br>　　　　　　　　　　Petitioner,<br><br>　　　v.<br><br>JOHN MARSHALL, Warden<br><br>　　　　　　　　　　Respondent. | Civil No.　08-0166 IEG (LSP)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE AND WITH LEAVE TO AMEND** |

　　Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, but has failed to pay the $5.00 filing fee and has failed to move to proceed in forma pauperis. Because this Court cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed in forma pauperis, the Court **DISMISSES** the case without prejudice. *See* Rule 3(a), 28 U.S.C. foll. § 2254. If Petitioner wishes to proceed with this case, he must submit, **no later than April 4, 2008,** a copy of this Order with the $5.00 fee or with adequate proof of his inability to pay the fee. **THE CLERK OF COURT IS DIRECTED TO MAIL PETITIONER A BLANK MOTION TO PROCEED IN FORMA PAUPERIS.**

　　IT IS SO ORDERED.

DATED: January 30, 2008

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　IRMA E. GONZALEZ, Chief Judge
　　　　　　　　　　　　　　　　　　　　　　United States District Court

-1-

08cv0166

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                          CALIFORNIA MENS COLONY
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: AUG. 15, 2007 THRU FEB. 19, 2008

ACCOUNT NUMBER : F06742              BED/CELL NUMBER: EFCQB5F200005262S
ACCOUNT NAME   : CROUSE, LOREN JAMES  ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                        TRUST ACCOUNT ACTIVITY
       TRAN
DATE   CODE  DESCRIPTION  COMMENT  CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
-----  ----  -----------  -------  ---------  --------  -----------  -------

08/15/2007   BEGINNING BALANCE                                          0.00

12/27*DD34 EFT DEPOSIT 0 13749-JPAY             45.00                  45.00
     ACTIVITY FOR 2008
01/02 W503 DAMAGES OF ST 2900                              19.70       25.30
01/10 FC01 DRAW-FAC 1    CE2                               17.02        8.28
02/04 W501 SHIPPING CHAR 3418                               5.24        3.04
02/04 W501 SHIPPING CHAR 3418                               3.04        0.00


                        CURRENT HOLDS IN EFFECT
    DATE      HOLD
   PLACED     CODE       DESCRIPTION        COMMENT      HOLD AMOUNT
   ------     ----    ------------------   ---------    -----------

  02/04/2008  H118    LEGAL COPIES HOLD     3424             4.90
  02/04/2008  H109    LEGAL POSTAGE HOLD    3424             4.60


                     * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 11/29/05              CASE NUMBER: *SCD184590
COUNTY CODE: *SD                      FINE AMOUNT: $  1,175.00

  DATE      TRANS.   DESCRIPTION            TRANS. AMT.    BALANCE
  ----      ------   -----------            -----------    -------

08/15/2007          BEGINNING BALANCE                       1,065.00

12/27/07    DR34    REST DED-EFT DEPOSIT      50.00-        1,015.00

     * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
     * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *
```

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIFORNIA MENS COLONY
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: AUG. 15, 2007 THRU FEB. 19, 2008

ACCT: F06742    ACCT NAME: CROUSE, LOREN JAMES    ACCT TYPE: I

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 45.00 | 45.00 | 0.00 | 9.50 | 0.00 |

CURRENT AVAILABLE BALANCE

9.50-

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 02-19-2008
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Karen Mock  Acct Tech
TRUST OFFICE