# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOREN JAMES CROUSE,<br><br>　　　　　　　　　Petitioner,<br><br>　　v.<br><br>JOHN MARSHALL, Warden,<br><br>　　　　　　　　　Respondent. | Civil No.　08- 0166 IEG (LSP)<br><br>**ORDER GRANTING APPLICATION<br>TO PROCEED IN FORMA PAUPERIS** |

On January 28, 2008, Petitioner, a state prisoner proceeding pro se, submitted a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. On January 30, 2008, this Court issued an Order dismissing the case for Petitioner's failure to either pay the $5 filing fee or move to proceed in forma pauperis. [Doc. No. 3.] On February 22, 2008, Petitioner submitted an application to proceed in forma pauperis. [Doc. No. 4.] Petitioner has $0.00 on account at the California correctional institution in which he is presently confined. Therefore, Petitioner cannot afford the $5.00 filing fee.

//
//
//
//
//

1    Thus, the Court **GRANTS** Petitioner's application to proceed in forma pauperis, and
2  allows Petitioner to prosecute the above-referenced action as a poor person without being
3  required to prepay fees or costs and without being required to post security.  **The Clerk of the**
4  **Court shall file the Petition for Writ of Habeas Corpus without prepayment of the filing**
5  **fee.**

7    **IT IS SO ORDERED.**

9  **DATED:  February 27, 2008**

   _____
   **IRMA E. GONZALEZ, Chief Judge**
   **United States District Court**