1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  KEVIN VIENNA
   Supervising Deputy Attorney General
5  DANIEL ROGERS, State Bar No. 204499
   Deputy Attorney General
6   110 West A Street, Suite 1100
    San Diego, CA 92101
7   P.O. Box 85266
    San Diego, CA 92186-5266
8   Telephone:  (619) 645-2283
    Fax:  (619) 645-2191
9   Email:  Daniel.Rogers@doj.ca.gov

10 Attorneys for Respondent

11              IN THE UNITED STATES DISTRICT COURT

12          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

14 | **LOREN JAMES CROUSE,** | 08cv0166 IEG (LSP) |

15 | Petitioner, | **APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |

16 | **v.** |

17 | **JOHN MARSHALL, Warden,** |

18 | Respondent. |

19

20

21

22

23

24

25

26

27

28

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  KEVIN VIENNA
   Supervising Deputy Attorney General
5  DANIEL ROGERS, State Bar No. 204499
   Deputy Attorney General
6   110 West A Street, Suite 1100
    San Diego, CA 92101
7   P.O. Box 85266
    San Diego, CA 92186-5266
8   Telephone:  (619) 645-2283
    Fax:  (619) 645-2191
9   Email:  Daniel.Rogers@doj.ca.gov

10  Attorneys for Respondent

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

14  **LOREN JAMES CROUSE,**                      08cv0166 IEG (LSP)

15                              Petitioner,       **MOTION FOR
                                                  ENLARGEMENT OF TIME
16        **v.**                                  TO FILE ANSWER TO
                                                  PETITION FOR WRIT OF
17  **JOHN MARSHALL, Warden,**                    HABEAS CORPUS**

18                              Respondent.       The Honorable Leo S. Papas

19

20        Daniel Rogers declares:

21        I am the Deputy Attorney General assigned to prepare the Answer in this matter which

22  is due on April 28, 2008.  I request time to file the Answer be extended thirty (30) days through May

23  28, 2008, for the following reasons:

24        This Court ordered a response to the Petition on February 27, 2008.  I have not previously

25  requested an enlargement of time in this matter.

26        I am currently preparing responses to petitions for writ of habeas corpus in *Evans v. Tilton*,

27  07cv0791-JM (BLM); *Brewer v. Salazar*, 08cv0029-H (PCL); *Hollis v. People of the State of*

28  *California*, EDCV 07-1501-SVW (RC); *Regalado v. Dexter*, CV 08-672-DSF (MAN); *Crouse v.*

*Marshall*, 08-0166 IEG (LSP); *Johnson v. Sisto*, EDCV 08-278-DDP (CT); *Trevizo v. Knowles*, EDCV 08-406-JFW (PJW), and *Eldridge v. Vasques*, EDCV 08-384-AG (JCR). I also have oral argument in the Ninth Circuit Court of Appeal on May 9 in *Self v. Rimmer*, 05-55999.

Since this Court ordered a response to the instant Petition, I have filed an Answer in *Ensworth v. Marshall*, SACV 07-1372 SVW (CT); *Desper v. Miguel*, EDCV 07-1588 PSG (AJW); *Givens v. Martel*, EDCV 08-0111-CAS (SH), and *Vasquez v. County of San Bernardino*, EDCV 07-1682-JVS (MAN). I have also filed a Second Supplemental Brief in *Marquis v. Iaria*, 07cv0730 W (LSP) and an Opposition to a Motion to Expand the Record in *Ruff v. Hall*, EDCV 04-01330 MMM (MAN). I have also completed a draft of an Answer in *Johnson v. Sisto*, EDCV 08-278-DDP (CT) and a draft of a Motion to Dismiss in *Hollis v. People of the State of California*, EDCV 07-1501-SVW (RC) and *Trevizo v. Knowles*, EDCV 08-406-JFW (PJW). Further, on April 8, I argued *Young v. Pliler*, 06-55971, in the Ninth Circuit Court of Appeal.

In addition to the assignments described above, I advise district attorney personnel throughout the state in executing their responsibilities in responding to international child abduction matters under the Hague Convention on the Civil Aspects of International Child Abduction. 42 U.S.C. § 11601 et. seq.; Cal. Fam. Code § 3455. These are time-sensitive matters that arise unpredictably and require immediate attention. I spend roughly one day per week on average working on child abduction matters.

I generally work on cases in the order they are assigned to me. I am currently preparing my responses in *Brewer v. Salazar* and *Hollis v. People of the State of California*, both of which are due May 16 after receiving two enlargements of time. When I complete my response in those matters, I will begin preparing my response in the instant matter. I am currently working evenings and weekends to complete the above assignments.

Granting of an enlargement of time will permit me to gather the necessary state court records and allow my response to be prepared without impairing its quality and allow adequate time for review and processing.

1           I declare under penalty of perjury under the laws of the United States of America that the

2   foregoing is true and correct.

3           DATED: April 24, 2008 at San Diego, California.

4

5                           Respectfully submitted,

6                           EDMUND G. BROWN JR.
                        Attorney General of the State of California

7                           DANE R. GILLETTE
                        Chief Assistant Attorney General

8                           GARY W. SCHONS

9                           Senior Assistant Attorney General

10                          KEVIN VIENNA
                        Supervising Deputy Attorney General

11

12                          <u>s/  Daniel Rogers</u>

13                          DANIEL ROGERS
                        Deputy Attorney General

14                          Attorneys for Respondent

15  DR:kw

16  80231499.wpd
   SD2008800510

17

18

19

20

21

22

23

24

25

26

27

28

                                                                08cv0166 IEG (LSP)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Crouse v. Marshall**                                No.: **08cv0166**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On April 25, 2008, I served the attached **application for enlargement of time to file answer to petition for writ of habeas corpus and order granting enlargement of time** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West "A" Street, Suite 1100, San Diego, California  92101, addressed as follows:

**Loren J. Crouse**
**#F-06742**
**California Men's Colony East**
**Post Office Box 8101**
**San Luis Obispo  CA  93409**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 25, 2008, at San Diego, California.

Kimberly Wickenhagen
_____
Declarant

_____
Signature