## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

CROUSE                    v. MARSHALL                    No. 08-0166-IEG(LSP)

HON. LEO S. PAPAS     CT. DEPUTY TRISH LOPEZ         Rptr.
                                Attorneys
        Plaintiffs                                      Defendants


Respondent's Request for Enlargement of Time to File Answer (Doc. #7) is GRANTED.

The date by which Respondent shall file an Answer to the Petition is extended to May 28, 2008.

The date by which Petitioner may file a Traverse to Respondent's Answer is extended to July 1, 2008.


DATED:  April 28, 2008

_____
Hon. Leo S. Papas
U.S. Magistrate Judge