EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
KEVIN VIENNA
Supervising Deputy Attorney General
DANIEL ROGERS, State Bar No. 204499
Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-2283
 Fax: (619) 645-2191
 Email: Daniel.Rogers@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LOREN JAMES CROUSE,**<br><br>                           Petitioner,<br><br>    v.<br><br>**JOHN MARSHALL, Warden,**<br><br>                           Respondent. | 08cv0166 IEG (LSP)<br><br>**MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  KEVIN VIENNA
   Supervising Deputy Attorney General
5  DANIEL ROGERS, State Bar No. 204499
   Deputy Attorney General
6   110 West A Street, Suite 1100
    San Diego, CA 92101
7   P.O. Box 85266
    San Diego, CA 92186-5266
8   Telephone: (619) 645-2283
    Fax: (619) 645-2191
9   Email: Daniel.Rogers@doj.ca.gov

10 Attorneys for Respondent

11            IN THE UNITED STATES DISTRICT COURT

12            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14 **LOREN JAMES CROUSE,** | 08cv0166 IEG (LSP) |
| 15                           Petitioner, | **MOTION FOR ENLARGEMENT OF TIME** |
| 16       v. | **TO FILE ANSWER TO PETITION FOR WRIT OF** |
| 17 **JOHN MARSHALL, Warden,** | **HABEAS CORPUS** |
| 18                           Respondent. | The Honorable Leo S. Papas |

19

20         Daniel Rogers declares:

21         I am the Deputy Attorney General assigned to prepare the Answer in this matter which

22 is due on April 28, 2008. I request time to file the Answer be extended thirty (30) days through June

23 27, 2008, for the following reasons:

24         This Court ordered a response to the Petition on February 27, 2008. I have previously

25 received one thirty (30) day enlargement of time in this matter.

26         I am currently preparing responses to petitions for writ of habeas corpus in *Evans v. Tilton*,

27 07cv0791-JM (BLM); *Regalado v. Dexter*, CV 08-672-DSF (MAN); *Crouse v. Marshall*, 08-0166

28 IEG (LSP); *Tran v. Hernandez*, SACV 08-346-PA (SS); *Stockdale v. Adams*, EDCV 08-0562 RSWL

(FMO); *Shephard v. Sullivan*, EDCV 08-579 ODW (JC), and *Morales v. Adams*, 08cv705JAH (PCL), as well as a Reply to Petitioner's Opposition to a Motion to Dismiss in *Vasquez v. County of San Bernardino*, EDCV 07-1682-JVS (MAN) and an Appellee's Brief in *Poland v. Clark*, 07-56702.

Since this Court ordered a response to the instant Petition, I have filed an Answer in *Ensworth v. Marshall*, SACV 07-1372 SVW (CT); *Desper v. Miguel*, EDCV 07-1588 PSG (AJW); *Givens v. Martel*, EDCV 08-0111-CAS (SH); *Johnson v. Sisto*, EDCV 08-278-DDP (CT); *Brewer v. Salazar*, 08cv0029-H (PCL), and *Hollis v. People of the State of California*, EDCV 07-1501-SVW (RC). I have also filed a Second Supplemental Brief in *Marquis v. Iaria*, 07cv0730 W (LSP) and an Opposition to a Motion to Expand the Record in *Ruff v. Hall*, EDCV 04-01330 MMM (MAN). I have also filed a Motion to Dismiss in *Vasquez v. County of San Bernardino*, EDCV 07-1682-JVS (MAN) and *Trevizo v. Knowles*, EDCV 08-406-JFW (PJW), and an Opposition to a Motion to Expand the Record in *Ruff v. Hall*, EDCV 04-01330 MMM (MAN). I have also orally argued *Young v. Pliler*, 06-55971, and *Self v. Rimmer*, 05-55999, in the Ninth Circuit Court of Appeal.

In addition to the assignments described above, I advise district attorney personnel throughout the state in executing their responsibilities in responding to international child abduction matters under the Hague Convention on the Civil Aspects of International Child Abduction. 42 U.S.C. § 11601 et. seq.; Cal. Fam. Code § 3455. These are time-sensitive matters that arise unpredictably and require immediate attention. I spend roughly one day per week on average working on child abduction matters. On May 1-2, 2008, I attended a Binational Child Abduction Conference put on jointly by the California Attorney General, San Diego County District Attorney, and the Foreign Ministry of Mexico, where I was a panelist discussing international child abduction issues.

I generally work on cases in the order they are assigned to me. I am currently preparing my response in *Regalado v. Dexter*, due June 21 after receiving two enlargements of time. I have, however, collected the necessary state court records and begun drafting my response in the instant matter. When I complete my response in *Regalado*, I will focus on completing my response in the instant matter. I am currently working evenings and weekends to complete the above assignments.

1  Granting of an enlargement of time will allow my response to be prepared without
2  impairing its quality and allow adequate time for review and processing.
3  I declare under penalty of perjury under the laws of the United States of America that the
4  foregoing is true and correct.
5  DATED: May 27, 2008 at San Diego, California.

7  Approved for Filing:

9  /s/ Jeffrey J. Koch for
   GARY W. SCHONS
10 Senior Assistant Attorney General

11                    Respectfully submitted,

12                    EDMUND G. BROWN JR.
                      Attorney General of the State of California
13                    DANE R. GILLETTE
                      Chief Assistant Attorney General
14                    GARY W. SCHONS
15                    Senior Assistant Attorney General
                      KEVIN VIENNA
16                    Supervising Deputy Attorney General

18                     /s/  Daniel Rogers
19                    DANIEL ROGERS
                      Deputy Attorney General
20                    Attorneys for Respondent

21 DR:kw
   80242544.wpd
22 SD2008800510

08cv0166 IEG (LSP)

3

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Crouse v. Marshall**                                                                     No.: **08cv0166 IEG (LSP)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On May 27, 2008, I served the attached **motion for enlargement of time to file answer to petition for writ of habeas corpus and order granting enlargement of time** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West "A" Street, Suite 1100, San Diego, California 92101, addressed as follows:

**Loren Crouse**
**#F-06742**
**California Men's Colony East**
**Post Office Box 8101**
**San Luis Obispo  CA  93409**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 27, 2008, at San Diego, California.

Kimberly Wickenhagen
_____
Declarant                                                            Signature