MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

CROUSE                          v. MARSHALL                          No. 08-0166-IEG(LSP)

HON. LEO S. PAPAS        CT. DEPUTY TRISH LOPEZ        Rptr.
                              Attorneys
       Plaintiffs                                                  Defendants

Respondent's Motion for Enlargement of Time to File Answer (Doc. #9) is GRANTED.

The date by which Respondent shall file an Answer to the Petition is extended to June 27, 2008.

The date by which Petitioner may file a Traverse to Respondent's Answer is extended to August 1, 2008.

DATED:  May 27, 2008

                                                     Hon. Leo S. Papas
                                                     U.S. Magistrate Judge