1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GARY W. SCHONS
Senior Assistant Attorney General
4 | KEVIN VIENNA
Supervising Deputy Attorney General
5 | DANIEL ROGERS, State Bar No. 204499
Deputy Attorney General
6 |   110 West A Street, Suite 1100
  San Diego, CA 92101
7 | P.O. Box 85266
  San Diego, CA 92186-5266
8 |   Telephone: (619) 645-2283
  Fax: (619) 645-2191
9 |   Email: Daniel.Rogers@doj.ca.gov

10 | Attorneys for Respondent

11 |              IN THE UNITED STATES DISTRICT COURT

12 |            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

14 | **LOREN JAMES CROUSE,**          08-0166 IEG (LSP)

15 |                 Petitioner,   **RESPONDENT'S ANSWER TO PETITION FOR WRIT OF**

16 |      v.                    **HABEAS CORPUS**

17 | **JOHN MARSHALL, Warden,**

18 |                  Respondent.

19

20 |      Respondent, John Marshall, Warden of the California Men's Colony, by and through his

21 | counsel, Edmund G. Brown Jr., Attorney General of the State of California, and Daniel Rogers,

22 | Deputy Attorney General, files this Answer to the Petition for Writ of Habeas Corpus pursuant to

23 | the order of this Court dated February 27, 2008. Respondent alleges as follows:

24 |                          I.

25 |      Petitioner Loren James Crouse is in the lawful custody of Respondent pursuant to a valid

26 | judgment of conviction for one count of rape of an intoxicated person (Cal. Penal Code § 261(a)(3)).

27 | Judgment was entered before the Honorable David M. Gill in San Diego County Superior Court case

28 | number 05NF0391 on July 15, 2005. Petitioner was sentenced to six years in state prison.

II.

The instant Petition appears to have been filed within the applicable limitations period. 28 U.S.C. § 2244(d).

III.

Petitioner has exhausted his state remedies by presenting his claims to the California Supreme Court in a petition for writ of habeas corpus. 28 U.S.C. § 2254(b)(1)(A).

IV.

The highly deferential standard of federal habeas corpus review established by the Antiterrorism and Effective Death Penalty Act of 1996, 28 U.S.C. § 2254, applies to Petitioner's claims.

V.

The state courts made numerous express and implied factual findings. Petitioner has shown no grounds why the presumption of correctness mandated by 28 U.S.C. § 2254(e)(1) should not apply to these factual findings.

VI.

The relevant facts and procedural history are set forth in the accompanying Memorandum of Points and Authorities. Except as expressly admitted, Respondent denies each and every allegation of the Petition and specifically denies that Petitioner's confinement is illegal, or that any of his rights has been or is being violated in any way.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  WHEREFORE, for the reasons set forth more fully in the accompanying Memorandum of

2  Points and Authorities, the Petition should be denied with prejudice, the proceedings dismissed, and

3  any request for a certificate of appealability denied.

4  Dated: June 26, 2008

5  Respectfully submitted,

6  EDMUND G. BROWN JR.
   Attorney General of the State of California

7  DANE R. GILLETTE
   Chief Assistant Attorney General

8

9  GARY W. SCHONS
   Senior Assistant Attorney General

10 KEVIN VIENNA
   Supervising Deputy Attorney General

11

12

13 s/ DANIEL ROGERS
   Deputy Attorney General
   Attorneys for Respondent

14

15 DR:sam
   70128563.wpd
16 SD2008800510

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 08-0166 IEG (LSP)

## CERTIFICATE OF SERVICE BY U.S. MAIL

Case Name:    ***Crouse v. Marshall***
No.:              **08-0166 IEG (LSP)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **June 26, 2008**, I served the following documents:

**1.      RESPONDENT'S ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS;**

**2.      MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
          RESPONDENT'S ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS;
          and**

**3.      NOTICE OF LODGMENT**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Loren J. Crouse, #F-06742
California Men's Colony East
Post Office Box 8101
San Luis Obispo CA 93409

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **June 26, 2008**, at San Diego, California.

| | |
|---|---|
| S. McBrearty | *S. M c Brearty* |
| Declarant | Signature |

SD2008800510
70128552.wpd