```
 1  EDMUND G. BROWN JR.
    Attorney General of the State of California
 2  DANE R. GILLETTE
    Chief Assistant Attorney General
 3  GARY W. SCHONS
    Senior Assistant Attorney General
 4  KEVIN VIENNA
    Supervising Deputy Attorney General
 5  DANIEL ROGERS, State Bar No. 204499
    Deputy Attorney General
 6   110 West A Street, Suite 1100
     San Diego, CA 92101
 7   P.O. Box 85266
     San Diego, CA 92186-5266
 8   Telephone: (619) 645-2283
     Fax: (619) 645-2191
 9   Email: Daniel.Rogers@doj.ca.gov

10  Attorneys for Respondent
```

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LOREN JAMES CROUSE,**<br><br>        Petitioner,<br><br>    v.<br><br>**JOHN MARSHALL, Warden,**<br><br>        Respondent. | 08-0166 IEG (LSP)<br><br>**NOTICE OF LODGMENT** |

Respondent hereby lodges with the Court the following documents. These documents are for the Court's convenience and need not be returned.

1. Clerk's Transcript in Case No. SCD184590 - 1 volume;

2. Reporter's Transcript in Case No. SCD184590 - 4 volumes;

3. Appellant's Opening Brief in Case No. D047886;

4. Appellant's Supplemental Opening Brief in Case No. D047886;

5. Opinion in Case No. D047886;

6. Petition for Review in Case No. S146881;

7. Order Denying Review in Case No. S146881;

1. 8. Petition for Writ of Habeas Corpus in Case No. HC18724;
2. 9. Order Denying Petition for Writ of Habeas Corpus in Case No. HC18724;
3. 10. Second Petition for Writ of Habeas Corpus in Case No. HC18724;
4. 11. Third Petition for Writ of Habeas Corpus in Case No. HC18724;
5. 12. Fourth Petition for Writ of Habeas Corpus in Case No. HC18724;
6. 13. Order Denying Second, Third, and Fourth Petitions for Writ of Habeas Corpus in Case No. HC18724;
7. 14. Order Denying Petition for Writ of Habeas Corpus in Case No. D051086;
8. 15. Petition for Writ of Habeas Corpus in Case No. S156333; and
9. 16. Order Denying Petition for Writ of Habeas Corpus in Case No. S156333.

Dated: June 26, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

KEVIN VIENNA
Supervising Deputy Attorney General


s/ DANIEL ROGERS
Deputy Attorney General
Attorneys for Respondent

DR:sam
70128645.wpd
SD2008800510