LOREN CROUSE
#F06742
P.O. BOX 8101
SAN LUIS OBISPO, CALIFORNIA
93409



THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN
DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOREN JAMES CROUSE<br>　　　　PETITIONER<br><br>JOHN MARSHALL, WARDEN<br>　　　　RESPONDANT | 08 CV 0166 IEG (LSP)<br><br>Application for Enlargment of time to file traverse to the answer of the respondant. |

LOREN CROUSE
# F00742
P.O. BOX 8101
San Luis Obispo, CALIFORNIA
93409

THE UNITED STATES
DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF
CALIFORNIA

LOREN JAMES CROUSE
    Petitioner

John Marshall, Warden
    Respondant

08CV0166 IEG (LSP)

Appllication FOR ENLARGMENT OF TIME TO FILE TRAVERSE TO THE ANSWER OF THE RESPONDANT

LOREN CROUSE DECLARES:

I am The Petitioner in This Matter which is Due August 1, 2008 I Request Time to FILE THE TRAVERSE BE EXTENDED BY THIRTY (30) DAYS THROUGH September 1, 2008 FOR THE Following Reasons:

THE COURT ORDERD A TRAUERSE BE FILED TO THE ANSWER ON AUGUST 1, 2008. I Have NOT Previously Requested AN Enlargement OF TIME IN THIS MATTER.

1

I am currently incarcerated at the California Men's Colony Eastside. Where I am enrolled in a vocational/training program that opperates from 8:00 am to 3:45 pm, and must be present all of these hours (5) five times a week to not only receve my good time credits, but also to avoid further disciplinary action that would result in my failure to be present at my assigned vocation.

I am also a participant in the C.C.C.M.S. mental health program at C.D.C. and have group therapy sessions that I must attend. Mandatory attendance is required pursuant to C.C.R. 15, on all ducats labled priority.

Therefore I have very limited access to the law library. A couple hours a week.

There are a lot of cases, and penal codes I have to research, as I have no legal training.

GRANTING OF AN ENLARGEMENT OF TIME WILL PERMIT ME TO GATHER THE NECESSARY RESEARCH AND ALLOW MY TRAVERSE TO BE PREPARED WITHOUT IMPARING IT'S QUALITY AND ALLOW ADEQUATE TIME FOR REVIEW, RESEARCH AND PROCESSING.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT

DATED: JULY 3, 2008 AT SAN LUIS OBISPO CALIFORNIA

RESPECTFULLY SUBMITED

LOREN CROUSE
_____
PETITIONER

_____
SIGNATURE

STATE OF CALIFORNIA
COUNTY OF SAN LUIS OBISPO

I am the party of the above entitled actions, a citizen of the United States and over the age of eighteen years, and a resident of San Luis Obispo County. My current address is:

LOREN CROUSE
California Men's Colony-East
P.O. Box 8101 Room_____
San Luis Obispo, CA. 93409-8101

I CERTIFY ( OR DECLARE), UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON July 3, 20 08, AT SAN LUIS OBISPO, CALIFORNIA, 93409-8101.

LOREN CROUSE
PETITIONER

........................................................................................................

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA
COUNTY OF SAN LUIS OBISPO

I AM A RESIDENT OF SAID COUNTY, I AM OVER THE AGE OF EIGHTEEN YEARS AND NOT A PARTY TO THE ABOVE ENTITLED ACTION. MY BUSINESS ADDRESS IS:

Frank Billingsley T-12262
CALIFORNIA MEN'S COLONY-EAST
P.O. BOX 8101 / Room_____
SAN LUIS OBISPO, CALIFORNIA 93409-8101

ON July 3, 20 08, I SERVED THE WITHIN Petition For Extension of Time

ON THE PARTY: United STATES DISTRICT Court Southern DISTRICT OF CA. OFFICE OF THE CLERK

IN SAID ACTION, BY PLACING A TRUE COPY THEREOF IN A SEALED ENVELOPE WITH POSTAGE THEREON PREPAID, IN THE UNITED STATES MAIL, AT CALIFORNIA MEN'S COLONY, SAN LUIS OBISPO, CALIFORNIA, 93409-8101, ADDRESSED AS FOLLOWS:

UNITED STATES DISTRICT Court / Southern DISTRICT OF CALIFORNIA / OFFICE OF THE CLERK 880 FRONT STREET, SUITE 4290, SAN DIEGO, CA 92101

I DECLARE, UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON July 3, 20 08, AT SAN LUIS OBISPO COUNTY, CALIFORNIA.

SIGNATURE OF DECLARANT

(REV..6/07)