**MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

CROUSE_____ v. MARSHALL_____          No. 08CV0166-IEG(LSP)

HON. LEO S. PAPAS      CT. DEPUTY JENNIFER JARABEK      Rptr._____

                              Attorneys

     Plaintiffs                                    Defendants

_____                      _____

_____                      _____

_____                      _____


Petitioner's Motion for Enlargement of Time to File Traverse (Doc. #12) is
GRANTED.

The date by which Petitioner may file a Traverse to Respondent's Answer is
extended to September 2, 2008.


   X       Copies to:  Counsel of Record          _____  Notified by Telephone

DATED:  July 11, 2008

                                        _____
                                        Hon. Leo S. Papas
                                        U.S. Magistrate Judge