FILED

2008 AUG 26  AM 8:03

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY___RM_____DEPUTY

The United States District
Court For The Southern District of California

NUNC PRO TUNC

AUG 25 2008

LOREN CROUSE

Petitioner

John Marshall Warden

Respondant

08CV 01166 IEG (LSP)

08 CV IEG (LSP)

Motion For Enlargement of
Time To File TRAVERSE
To The ANSWER

LOREN CROUSE #F06742
California Men's Colony STATE PRISON
P.O. Box 8101
San Luis Obispo CALIFORNIA 93409

In The United STATES District Court
For The Southern District of California

LOREN CROUSE

                    Petitioner

John Marshall WARDEN

                    Respondant

08 cv 0166 IEG (LSP)

Motion For Enlargement of Time To File TRAVERSE To The ANSWER

    I am LOREN CROUSE The Petitioner In The Instant Petition which is Due September 2, 2008. I Request Time To File The TRAVERSE be extended Thirty (30) DAYS Through October 2, 2008 For The Following Reasons:

    This COURT ORDERED To Respond To The Answer On September 2, 2008. I have previously Requested one (1) Enlargement of Time on This Matter.

    I am Currently Incarcerated AT California Men's Colony East STATE PRISON. Where I am Enrolled IN A VOCATIONAL TRAINING ASSIGNMENT Hours 7:45 AM - 3:30 PM I am Required To Report to my ASSIGNMENT Every Day Monday - Friday IN ORDER TO Receive my "Good Time" EARNING CREDIT PURSUANT TO CALIFORNIA PENAL CODE § 2933. I Am Also Required to Report To WORK/School Assignment To AVOID Disciplinary Action.

· I am Also A participant iN The CCCMS Mental Health Program Dosegnated by the California Department of Corrections, which Requires Me To be Present at Mental Health Groups That Are Priority, to Also Avoid Disciplinary Action. Due to these Obligations, And the Cenflicting hours oF The Library, I am Very Limited to Access the LAw Library at my Facility.

GRANTING oF AN Enlargement oF Time will permit me to Gather The Necessary Materials, And to Conduct Research on Cases and Law, TO PREPARE MY TRAVERSE withcut Imparing its Quality AND ALLOW Adequate Time FoR PROCessing.

I Declare Under Penalty of PerjURy Under The LAws of The United STATES of America That The Foregoing is TRUE AND Correct.

_____
DeclaranT    LOREN CROUSE

Dated: August 20, 2008.
_____