MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

CROUSE                    v. MARSHALL                   No. 08-0166-IEG(LSP)

HON. LEO S. PAPAS    CT. DEPUTY TRISH LOPEZ        Rptr.

Attorneys

　　　Plaintiffs                                        Defendants

Petitioner's Request for Enlargement of Time to File Traverse (Doc. # 15) is GRANTED.

The date by which Petitioner may file a Traverse to Respondent's Answer is extended to October 2, 2008.

DATED: August 26, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Leo S. Papas
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge