# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| LOREN JAMES CROUSE, | CASE NO. 08cv166-MMA(WMc) |
|---|---|
| Petitioner, | |
| vs. | **ORDER RE: PETITIONER'S MOTION FOR CERTIFICATE OF APPEALABILITY** |
| MATTHEW CATE, Secretary of the California Department of Corrections and Rehabilitation, | [Doc. No. 31] |
| Respondent. | |

Petitioner Loren James Crouse, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 that has been fully briefed. The matter was referred to United States Magistrate Judge Leo S. Papas for preparation of a Report and Recommendation under 28 U.S.C. § 636(b)(1)(B) and Civil Local Rule 72.3. Judge Papas issued a well reasoned and thorough Report recommending the petition be denied in its entirety.[1] After Petitioner filed objections to the Report and Recommendation, the Court adopted the Report and Recommendation and denied the petition. Petitioner has timely filed a notice of appeal of the Court's denial of his petition for a writ of habeas corpus [Doc. No. 31]. Before Petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

---

[1] On July 1, 2009, this case was transferred from the calendar of Judge Papas, to the calendar of United States Magistrate Judge William McCurine, Jr. for all further proceedings [Doc. No. 27].

1   A petitioner may not seek an appeal of a claim arising out of state court detention unless
2 the petitioner first obtains a certificate of appealability from a district judge or a circuit judge
3 under 28 U.S.C. § 2253. Fed. R. App. P. 22(b).  Under 28 U.S.C. § 2253(c)(1), a certificate of
4 appealability will issue only if the petitioner makes a substantial showing of the denial of a
5 constitutional right.  For the reasons set forth in Judge Papas's Report and Recommendation,
6 Petitioner has not made a substantial showing of the denial of a constitutional right.  Accordingly, a
7 certificate of appealability should not issue in this action.
8   **IT IS SO ORDERED**.
9 DATED:  December 3, 2009

Hon. Michael M. Anello
United States District Judge